UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA           ECF CASE

                    Plaintiff,      **NOTICE OF MOTION**

    -v-                            Case No. 06 Cr. 827(WHP)

KOSTAS KAPSIS

                    Defendant.
------------------------------------X

     PLEASE TAKE NOTICE that upon the Declaration of Robert Y. Lewis dated November 8, 2011, the Declaration of Kostas Kapsis dated November 4, 2011, and upon the accompanying memorandum of law, and upon all prior proceedings herein, Defendant Kostas Kapsis by and through his counsel, Freeman Lewis LLP, will move this Court before the Honorable William H. Pauley, United States District Judge, United States Courthouse, 500 Pearl Street, Courtroom 11D, New York, New York 10007, as soon as counsel can be heard, for an order pursuant to 18 U.S.C. § 3583(e) terminating Defendant Kapsis' supervised release and discharging him, and for such other relief as is just and proper.

Dated: New York, New York
       November 9, 2011

                                    Respectfully Submitted

                                    _____
                                    FREEMAN LEWIS LLP
                                    By: Robert Y. Lewis
                                    228 East 45th Street, 17th Floor
                                    New York, New York 10017
                                    212-980-4084